**Judgment  1**

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations          (PACTS Client I.D. #11709)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For Revocation of Supervised Release) |
| **MICHAEL EDWARD TRAVER** | |
| | CASE NUMBER: **1:11-00196-001** |
| | USM NUMBER: **12201-003** |

**THE DEFENDANT:**                    Sidney M. Harrell, Esquire
                                      **Defendant's Attorney**

☒     admitted guilt to violation of supervision:  Special Condition, as charged in the Amended Probation Form 12-C, dated March 7, 2016..

☐     was found in violation of supervision condition:

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Special Condition | Technical | |

**The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

☐     The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

March 14, 2016
Date of Imposition of Judgment

s/Charles R. Butler, Jr.
Senior United States District Judge

April 12, 2016
Date

**Judgment 2**

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant:  **MICHAEL EDWARD TRAVER**
Case Number: **1:11-00196-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 MONTHS.**

☒  The court makes the following recommendations to the Bureau of Prisons:
that the offender be imprisoned at one of the following federal facilities: Lexington, Kentucky; Butner, North Carolina; or Springfield, Missouri to avail the offender to the maximum amount of mental health treatment available.  Additionally, the Court recommends to the Bureau of Prisons that if the offender wishes to be released to Indiana after service of his custody sentence, that he be allowed same.  No supervision to follow.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
    ☐  at __ .m. on ___.
    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐  before 2 p.m. on ____.
    ☐  as notified by the United States Marshal.
    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

                                       ____UNITED STATES MARSHAL____

                                By _____
                                          Deputy U.S. Marshal